# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DIANE MIKULIN,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 1:19-mc-01590-MHH |
| } | |
| **LAW SOLUTIONS CHICAGO,** } | |
| **LLC; UPRIGHT LAW, LLC,** } | |
| } | |
| **Defendants.** | |

## FINAL ORDER

Consistent with its January 31, 2020 memorandum opinion, (Doc. 12), the Court denies without prejudice Ms. Mikulin's motion to withdraw the reference. The Court directs the Clerk of Court to please close the file. The Court also asks the Clerk to please mail a copy of this order to the Clerk of Court for the United States Bankruptcy Court for the Northern District of Alabama.

**DONE** and **ORDERED** this February 7, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE