# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Diane Marie Mikulin }  | **Case No: 15-83322-CRJ7** |
|    PLAINTIFF, } | **AP No: 19-80024-JJR** |
| VS. } | |
| Law Solutions Chicago, LLC } | |
| Upright Law, LLC } | |
| Deighan Law LLC | |
|    DEFENDANTS, | |

## ORDER AND NOTICE OF HEARING

This matter came before the Court on Thursday, February 13, 2020 09:40 AM, for a hearing on the following:

   RE: Doc #51; Status Conference

Proper notice of the hearing was given and appearances were made by the following:

   David Menditto, attorney for Deighan Law LLC fka Law Solutions Chicago LLC (Defendant) appeared via telephone

   Harry P Long, attorney for Diane Marie Mikulin (Plaintiff)

   Luke Montgomery, attorney for Diane Marie Mikulin (Plaintiff)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

   For the reasons stated on the record, the hearing is CONTINUED to March 12, 2020, at 9:40 a.m. in the Bankruptcy Courtroom, Room 113, 12th and Noble Streets, Anniston, AL 36201.

Dated: 02/13/2020

   /s/ JAMES J. ROBINSON
   JAMES J. ROBINSON
   Chief United States Bankruptcy Judge