IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | } | |
| | } | |
| Diane Marie Mikulin, | } | CASE NO. 15-83322-CRJ7 |
| | } | |
| Debtor. | } | |

| | | |
|---|---|---|
| Diane Marie Mikulin, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | AP NO. 19-80024-JJR |
| | } | |
| Law Solutions Chicago, LLC (Deighan Law LLC); and Upright Law, LLC, | } } | |
| | } | |
| Defendants. | } | |

## ORDER GRANTING MOTION TO DISMISS

This case came before the court on March 12, 2020 for a status conference, at which the court announced its ruling on the Defendants' Motion to Dismiss (AP Doc. 12). Appearance was made by Harry P. Long, attorney for the Plaintiff. For the reasons stated on the record, the Motion to Dismiss is GRANTED without prejudice.

So ordered this 12th day of March 2020.

/s/ James J. Robinson
JAMES J. ROBINSON
CHIEF U.S. BANKRUPTCY JUDGE